08-940 CLOSED, JURY, STAY

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Lufkin)**
**CIVIL DOCKET FOR CASE #: 9:07-cv-00279-RHC**
**Internal Use Only**

#2

Miller v. Merck & Co., Inc.
Assigned to: Judge Ron Clark
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/16/2007
Date Terminated: 01/28/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Deborah L. Miller** represented by **Tim Maloney**
Maloney & Campolo LLP
900 SE Military Drive
San Antonio, TX 78214
713/993-0399
Fax: 17139930533
Email: timmaloney@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*




V.

**Defendant**

**Merck & Co., Inc.** represented by **Richard L Josephson**
Baker Botts - Houston
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002
713/229-1460
Fax: 713/229-7760
Email: richard.josephson@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Zachary Hughes**
Baker Botts - Houston
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995
713/229-2151
Fax: 713/229-7851
Email: zach.hughes@bakerbotts.com

...RUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY:

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2007 | | Case Assigned to Judge Ron Clark. (djh, ) (Entered: 11/26/2007) |
| 11/21/2007 | 1 | COMPLAINT against Merck & Co., Inc. ( Filing fee $ 350 receipt number 1341646.), filed by Deborah L. Miller. (Attachments: # 1 Civil Cover Sheet # 2 Summons(es))(Maloney, Tim) (Entered: 11/21/2007) |
| 11/21/2007 | | DEMAND for Trial by Jury by Deborah L. Miller. (djh, ) (Entered: 11/26/2007) |
| 11/26/2007 | 2 | E-GOV SEALED SUMMONS Issued as to Deborah L. Miller and emailed back to attorney for service (djh, ) (Entered: 11/26/2007) |
| 11/26/2007 | 3 | Magistrate Consent Form E-mailed to Deborah L. Miller attorney of record (djh, ) (Entered: 11/26/2007) |
| 01/02/2008 | 4 | ANSWER to Complaint with Jury Demand by Merck & Co., Inc.. (Hughes, William) (Entered: 01/02/2008) |
| 01/03/2008 | | Magistrate Consent Form emailed to atty for Merck & Co., Inc. (kjr, ) (Entered: 01/03/2008) |
| 01/03/2008 | 5 | NOTICE of Designation of Attorney in Charge to Richard L Josephson on behalf of Merck & Co., Inc. (Josephson, Richard) (Entered: 01/03/2008) |
| 01/07/2008 | 6 | MOTION to Stay *All Proceedings Pending Transfer to Multidistrict Litigation* by Merck & Co., Inc.. (Attachments: # 1 Text of Proposed Order)(Josephson, Richard) (Entered: 01/07/2008) |
| 01/08/2008 | 7 | ORDER granting 6 Motion to Stay. Signed by Judge Ron Clark on 1/8/08. (djh, ) (Entered: 01/09/2008) |
| 01/28/2008 | 8 | NOTICE from MDL Court of lifting the stay (djh, ) (Entered: 01/28/2008) |
| 02/15/2008 | 9 | Certified ORDER transferring cas to the MDL Court, Southern District of New York pursuant to 28 USC 1407. MDL #1789. Signed by Judge Jeffrey N. Luthi on 2/23/08(djh, ) (Entered: 02/15/2008) |